No. 26934.

Court of Criminal Appeals of Texas.

June 2, 1954.

## SIMMONS v. STATE.

No. 27023.

Court of Criminal Appeals of Texas.

June 2, 1954.

No attorney on appeal, for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

BELCHER, Commissioner.

Appellant was convicted for the offense of unlawfully transporting whiskey in a dry area, and his punishment was assessed at a fine of $400.

No notice of appeal appearing in the record, this court is without jurisdiction to enter any order except to dismiss the appeal.

The appeal is dismissed.

Opinion approved by the Court.